IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HERMAN TRACY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-20-63-C |
| | ) | |
| OKLAHOMA PARDON AND | ) | |
| PAROLE BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION AND ORDER

Plaintiff filed the present action pursuant to 28 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin, who entered a Report and Recommendation ("R&R") on March 4, 2020. Judge Erwin noted Plaintiff had failed to make the required payment on his filing fee and recommended dismissal of Plaintiff's case. Plaintiff has filed an Objection to the R&R.

Plaintiff's Objection includes evidence demonstrating that his partial payment was indeed mailed to the Court in accordance with Judge Erwin's earlier order. However, it appears that the payment was returned by the U.S. Postal Service due to an insufficient address. Accordingly, Plaintiff is directed to re-mail the payment to the Court within 30 days of the date of this Order. Plaintiff is advised that the correct mailing address is U.S. Court Clerk, 200 NW 4th Street, Room 1210, Oklahoma City, OK 73102. Failure to comply will result in dismissal of this action in accordance with Judge Erwin's Report and Recommendation.

Any action on the R&R is deferred for this 30-day period.

IT IS SO ORDERED this 31st day of March 2020.

ROBIN J. CAUTHRON
United States District Judge

2