IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERMAN TRACY CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-20-63-C |
| ) | |
| OKLAHOMA PARDON AND PAROLE ) | |
| BOARD, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on July 22, 2020, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Erwin's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff misstates the applicable law, raises new claims, and otherwise argues no issue of fact or law not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 16), and for the reasons announced therein, Plaintiff's Second Amended Complaint is dismissed, as untimely. A judgment will enter accordingly.

IT IS SO ORDERED this 26th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge