IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HERMAN TRACY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-20-63-C |
| | ) | |
| OKLAHOMA PARDON AND PAROLE BOARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT OF DISMISSAL

Upon consideration of the Second Amended Complaint filed herein, the Report and Recommendation of the Magistrate Judge, Plaintiff's objection to the Report and Recommendation, and the Court's accompanying Order filed this date,

IT IS ORDERED, ADJUDGED, AND DECREED that the Second Amended Complaint be and the same is hereby dismissed.

DATED this 26th day of August, 2020.

ROBIN J. CAUTHRON
United States District Judge